IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSICA SMITH, CORY SMITH,
MONICA CONTRERAS, and
RUDY A. CONTRERAS,

    Plaintiffs,

v.                                                             No. 21-cv-1084 MV/SMV

ALAMOGORDO POLICE DEPARTMENT and
CITY OF ALAMOGORDO,

    Defendants.[1]

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition to Dismiss for Failure to State a Claim [Doc. 14] ("PF&RD"), issued on April 28, 2022. The Honorable Stephan M. Vidmar, United States Magistrate Judge, found that Plaintiffs' Complaint [Doc. 1-1] and Amended Complaint [Doc. 1-2], taken together, failed to state a claim for relief. [Doc. 14]. Accordingly, Judge Vidmar recommended granting Defendant's Motion to Dismiss [Doc. 4] but also recommended allowing Plaintiffs leave to amend. [Doc. 14]. No party objected to the PF&RD, and the time for doing so has passed. Moreover, Plaintiffs amended their complaint on May 11, 2022. [Doc. 15].

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the PF&RD [Doc. 14] is **ADOPTED**.

---

[1] Plaintiffs' Second Amended Complaint [Doc. 15], filed on May 11, 2022, named the City of Alamogordo as the sole Defendant.

2

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss [Doc. 4] is **MOOT**.

**IT IS SO ORDERED.**

_____
**MARTHA VÁZQUEZ**
**Senior United States District Judge**